In the Matter of BERT C. WINNIE, JR., et al., Appellants, v. ERSA POSTON et al., Constituting the Civil Service Commission of the State of New York, Respondents.— Appeal

992

Herlihy, P. J., Reynolds, Staley, Jr., Sweeney and Simons, JJ., concur.